Meng Zhong
NV Bar No.: 12145
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113
Telephone: (702) 949-8200
Meng.Zhong@wbd-us.com

*Attorneys for Defendants*
*Frederick Loguidice, Proximity Solutions, LLC,*
*and Priority Home Buyers.com, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BHO INVESTMENTS, LLC, a Nevada Limited Liability Company; SELL MY HOUSE FAST FOR CASH, LLC, a Nevada Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> PROXIMITY SOLUTIONS, LLC, a Nevada Limited Liability Company, PRIORITY HOME BUYERS.COM, LLC, a Nevada Limited Liability Company; FREDERICK LOGUIDICE, an individual; DOES 1-10, inclusive, and ROE ENTITIES, 1-10, inclusive, <br><br> Defendants. | Case No.:  2:26-cv-00092-CDS-EJY <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND** <br><br> **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-1, Plaintiffs BHO Investments, LLC and Sell My House Fast For Cash, LLC ("Plaintiffs") and Defendants Frederick Loguidice, Proximity Solutions, LLC, and Priority Home Buyers.com, LLC ("Defendants") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, and agree as follows:

1.    On March 4, 2026, Plaintiffs filed a First Amended Complaint ("FAC") (ECF. No. 11).

4937-7897-5138.1

Case 2:26-cv-00092-CDS-EJY    Document 16    Filed 04/23/26    Page 2 of 2



2.      On March 6, 2026, Proximity Solutions, LLC, and Priority Home Buyers.com, LLC were served by First Class Mail. (ECF No. 12.)

3.      On April 15, 2026, Defendant Frederick Loguidice accepted service of FAC. (ECF No. 14.)

4.      Defendants requested an extension to answer or otherwise respond to the FAC and Plaintiffs have granted this request up to and including May 20, 2026.

5.      This is the first request for an extension of time to answer or otherwise respond to the FAC and is brought in good faith, to comply with Local Rule IC 2-2(b), and not for purposes of delay.

Dated:  April 23, 2026.

WOMBLE BOND DICKINSON (US) LLP

By:  /s/ Meng Zhong
Meng Zhong, NV Bar No. 12145
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113
Tele: 702.949.8200
Meng.Zhong@wbd-us.com

*Attorneys for Defendants Frederick Loguidice, Proximity Solutions, LLC, and Priority Home Buyers.com, LLC*

Dated:  April 23, 2026.

CHASEY LAW OFFICES

By:  /s/ Peter Chasey
Peter L. Chasey, NV Bar No. 7650
3295 N. Fort Apache Road, Suite 110
Las Vegas, NV 89129
Tele: 702-233-0393
peter@chaseylaw.com

*Attorneys for Plaintiffs BHO Investments, LLC and Sell My House Fast For Cash, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES JUDGE

DATED:    April 23, 2026

4937-7897-5138.1

- 2 -